# United States District Court
## for the Northern District of Oklahoma

Case No. 24-cv-599-JDR-JFJ

CAREY M. KING,

                              *Plaintiff*,

versus

GREENLIGHT DRIVING SCHOOL; CHRISTOPHER KNOX,

                              *Defendant*.

## OPINION AND ORDER

This matter is before the Court sua sponte. Plaintiff Carey King filed this action on December 10, 2024. Defendants Greenlight Driving School and Christopher Knox filed a motion to dismiss on February 5, 2025 [Dkt. 8] which Ms. King did not oppose.

On March 12, 2025, Ms. King was ordered to show cause for her failure to respond to the motion and was informed that failure to respond to either the motion or the Court's order by April 2, 2025 could result in the dismissal of this case [Dkt. 14]. That deadline has now passed, and no action was taken by Ms. King. It is therefore ordered that the claims against Defendants Greenlight Driving School and Christopher Knox are DISMISSED without prejudice.

Case No. 24-cv-599

DATED this 3rd day of April 2025.

_____
JOHN D. RUSSELL
*United States District Judge*